In the Matter of the Application of BURNS BROS. for an Order Directing the COMPTROLLER OF THE CITY OF NEW YORK to Open and Complete Hearings under Local Law No. 20 of 1934, as Amended, Known as the New York City Sales Tax

Law.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 844.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.